■ PEOPLE, Respondent, v LESLIE JEROME ROBINSON, Appellant. [637 NYS2d 533] —Motion to extend stay granted upon condition that appellant's records and briefs are filed and served on or before February 15, 1996. Memorandum: It is not the policy of this Court to hold a direct appeal in abeyance pending the outcome of a collateral matter. Counsel is expected to comply with the February 15 deadline. Present—Denman, P. J., Pine, Lawton, Doerr and Davis, JJ. (Filed Jan. 9, 1996.)

■ In the Matter of the Estate of JAY A. INMAN, Deceased. BILLIE G. INMAN et al., as Coexecutors of JAY A. INMAN, Deceased, Appellants; LAURIE INMAN, Respondent. [638 NYS2d 372] —Motion to vacate automatic stay denied. Memorandum: There is no automatic stay to be vacated. Petitioners have not satisfied the requirements of CPLR 5519 (a). Present—Green, J. P., Fallon, Callahan, Balio and Boehm, JJ. (Filed Jan. 9, 1996.)

■ In the Matter of MELODY B., an Infant. MARY ANN B., Appellant; CATTARAUGUS COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [638 NYS2d 372] —Motion for leave to appeal denied as unnecessary. Memorandum: The Family Court Act, as amended in 1991, permits appeals as of right from intermediate orders in cases involving either abuse or neglect (see, Family Ct Act § 1112 [a]). Present—Pine, J. P., Lawton, Wesley, Doerr and Balio, JJ.

■ In the Matter of JOSEPH B. F., Appellant, v ORLEANS COUNTY ATTORNEY, Respondent. [637 NYS2d 568] —Motion for permission to proceed as a poor person and for assignment of counsel on appeal denied as unnecessary. Memorandum: "Where an appeal is taken on behalf of a minor represented by a law guardian, a motion for leave to appeal as a poor person is unnecessary" (Matter of Celene C. P., 204 AD2d 1067). Similarly, a motion for assignment of counsel is unnecessary. If appellant's law guardian cannot continue to represent appellant as required by statute, he may submit to this Court a written application to be relieved of his appointment. Upon approval of such application, another law guardian will be appointed (see, Family Ct Act § 1120 [b]). Present—Pine, J. P., Lawton, Wesley, Doerr and Balio, JJ.